**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Roberto Lugo | : | No. 25-13297-DJB |
| | : | |
| Debtor | : | Electronically Filed Document |

**<u>WITHDRAWAL AND NOTICE OF APPEARANCE</u>**

TO:  CLERK, UNITED STATES BANKRUPTCY COURT

Kindly withdraw the appearance of Kelly M. Appleyard, Deputy Attorney General, in the above-captioned case on behalf of the Commonwealth of Pennsylvania, Department of Revenue and remove from the CM/ECF mailing list.

Kindly enter the appearance of Chelsea E. Summers, Deputy Attorney General, on behalf of the Commonwealth of Pennsylvania, Department of Revenue in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any party, be given to the Commonwealth by serving Chelsea E. Summers.

DAVID W. SUNDAY, JR.
Attorney General

WITHDRAWAL
BY: */s/ Kelly M. Appleyard*
    Kelly M. Appleyard
    Deputy Attorney General
    PA Attorney No. 320919
    15th Floor, Strawberry Square
    Harrisburg, PA  17120

    Phone: (717) 497-8758
    Email: kappleyard@attorneygeneral.gov

ENTRY
BY: */s/ Chelsea E. Summers*
    Chelsea E. Summers
    Deputy Attorney General
    PA Attorney No. 338538
    The Phoenix Building
    1600 Arch Street, Suite 300
    Philadelphia, PA 19103
    Phone:  (267) 761-1382
    Email: csummers@attorneygeneral.gov

DATED:  April 20, 2026

*Counsel for the Commonwealth of
Pennsylvania, Department of Revenue*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Chapter 13 | |
| | : | | |
| Roberto Lugo | : | No. 25-13297-DJB | |
| | : | | |
| Debtor | : | Electronically Filed Document | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Chelsea E. Summers, hereby certify that the Withdrawal and Notice of Appearance has

been filed electronically on this day, and is available for viewing and downloading from the

Court's Electronic Case Filing System.

Respectfully submitted,

DAVID W. SUNDAY, JR.
Attorney General

By:   *s/ Chelsea E. Summers*
Chelsea E. Summers
Deputy Attorney General
Attorney ID 338538

Office of Attorney General
Financial Enforcement Section
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Phone: (267) 761-1382

MELISSA L. VAN ECK
Chief Deputy Attorney General

csummers@attorneygeneral.gov

Date:  April 20, 2026

*Counsel for Commonwealth of Pennsylvania,
Department of Revenue*